UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MATTHEW L. WEEDEN                              CIVIL ACTION

VERSUS

PSC INDUSTRIAL OUTSOURCING,           NO.: 19-00018-BAJ-EWD
LP, AND JOHN DOE

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 11)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff Matthew L. Weeden's **Motion to Remand for Lack of Subject Matter Jurisdiction (Doc. 5)**. The Magistrate Judge recommended that the Motion to Remand be denied without prejudice and that the parties be given 60 days to engage in jurisdictional discovery due to Defendant's failure to establish, by a preponderance of the evidence, that the amount in controversy likely exceeds $75,000. (Doc. 11 at pg. 11).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Neither party filed a response. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 11)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Plaintiff's **Motion to Remand (Doc. 5)** is **DENIED**.

**IT IS FURTHER ORDERED** that the parties are provided 60 days to conduct jurisdictional discovery related to the amount in controversy.

Baton Rouge, Louisiana, this 23rd day of August, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**